IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  CAUSE NO. 3:16CV128
 3:14CR18

WILLIAM CLAY MITCHELL

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS MOTION TO CORRECT SENTENCE UNDER 28 U.S.C.§ 2255

Presently before the Court are Defendant William Clay Mitchell's Motion for Leave to File his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255 and his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255. In the Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255, Defendant requests that his Motion be dismissed without prejudice. The Government has indicated it has no objection to the voluntary dismissal, without prejudice, of the motion.

Upon due consideration, the Court grants Defendant's Motion for Leave to File his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255 and his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255 without prejudice.

SO ORDERED, this the 10th day of Oct., 2017.

_____
SENIOR JUDGE